UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARBORVIEW MEDICAL CENTER, | Case No. C13-583-MJP |
| Petitioner, | |
| v. | ORDER DISMISSING ACTION AND REMANDING TO STATE COURT |
| MICKEY MANUEL, | |
| Respondent. | |

The Court, after careful consideration of the respondent's Notice of Removal and related exhibits, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     This action is DISMISSED and REMANDED to the King County Superior Court for further proceedings.

(3)     Plaintiff's application to proceed in forma pauperis (Dkt. 1, Att. 1) is STRICKEN as MOOT.

//

//

ORDER REMANDING CASE
PAGE - 1

1      (4)    The Clerk is respectfully directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 20th day of May, 2013.

                                        Marsha J. Pechman
                                        United States District Judge

ORDER REMANDING CASE
PAGE - 2